**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**UNITED STATES OF AMERICA**

v.                                                   **CRIMINAL NO. 3:25-cr-70-GHD-RP-2**

**JARVIS V. WINGO**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **Victoria Washington** on **July 8, 2025,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Victoria Washington** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Victoria Washington** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 8th day of July 2025.

                                                           /s/ Jane M. Virden
                                                        UNITED STATES MAGISTRATE JUDGE